IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* THE TARBELL GROUP, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CHEERS, *et al.*, <br><br> Defendants. | No. 1:24-cv-849-LMB <br> FILED UNDER SEAL <br> Pursuant to 31 U.S.C. § 3730(b)(2) <br><br> FILED *EX PARTE* |

## UNITED STATES' NOTICE OF INTERVENTION IN PART FOR PURPOSES OF SETTLEMENT AS TO DEFENDANTS CHEERS, EMPLOYEE ACTIVITY ASSOCIATION, INC., and NATIONAL ASSOCIATION OF TELECOMMUNICATIONS OFFICERS AND ADVISORS and REQUEST TO UNSEAL

The United States, Relator The Tarbell Group, LLC ("Relator), and Defendants Cheers, Employee Activity Association, Inc. (EAA), and National Association of Telecommunications Officers and Advisors (NATOA) ("Defendants") have reached separate settlements. In light of these settlement agreements, pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States respectfully advises the Court of its decision to intervene in this action in part for the purposes of settlement as to Defendants Cheers, EAA, and NATOA.

At the time of filing this Notice of Intervention, the United States and Relator are filing a Joint Stipulation of Dismissal as to Defendants Cheers, EAA, and NATOA.

Finally, the United States hereby requests that the Court unseal the Relator's Complaint, the Relator's Amended Complaints, this Notice of Intervention, and all subsequent filings following this Notice of Intervention. The United States respectfully requests that all other filings in this matter remain under seal and not be made public because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone

for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended. The United States is continuing its investigation as to the remaining defendants named in the Relator' Amended *qui tam* Complaint.

A Proposed Order accompanies this filing.

Respectfully submitted,

Dated: February 5, 2025

ERIK S. SIEBERT
United States Attorney

By: _____

GINA KIM
Assistant U.S. Attorney
Counsel for the United States
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (571) 217-3540
Fax: (703) 299-3983
Email: Gina.Kim@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5 day of February 2025, I emailed a copy of the United States' NOTICE OF INTERVENTION IN PART FOR PURPOSES OF SETTLEMENT AS TO DEFENDANTS CHEERS, EMPLOYEE ACTIVITY ASSOCIATION, INC., and NATIONAL ASSOCIATION OF TELECOMMUNICATIONS OFFICERS AND ADVISORS and REQUEST TO UNSEAL to:

    Bruce Ellis Fein
    Counsel for Relator The Tarbell Group, LLC
    bruce@newdream.net

GINA KIM
Assistant U.S. Attorney
Counsel for the United States
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (571) 217-3540
Fax: (703) 299-3983
Email: Gina.Kim@usdoj.gov