IN THE UNITED STATES DISTRICT COURT
FORTHE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* THE TARBELL GROUP, LLC, | ) | |
| Plaintiffs, | ) | No. 1:24-cv-849-LMB |
| v. | ) | |
| CHEERS, *et al.*, | ) | FILED *EX PARTE* |
| Defendants. | ) | |

ORDER

Pursuant to Fed. R. Civ. P. 41(a) and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms and conditions of the:

(1) March 17, 2025 Settlement Agreement among the United States, Defendant Southampton Recreation Association (SRA), and Relator The Tarbell Group, LLC (the "March 17, 2025 Settlement Agreement"); and

(2) March 19, 2025 Settlement Agreement among the United States, Defendant The Metropolitan Business League (MBL), and Relator The Tarbell Group, LLC (the "March 19, 2025 Settlement Agreement");

the parties have filed a Stipulation of Dismissal. Upon consideration of the Stipulation,

IT IS HEREBY ORDERED that this action is dismissed as to Defendants SRA and MBL, with prejudice to the United States and the Relator with respect to the covered conduct set forth in the March 17, 2025 Settlement Agreement and the March 19, 2025 Settlement Agreement.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over any disputes that may arise regarding compliance with the March 17, 2025 Settlement Agreement and the March 19, 2025 Settlement Agreement.

IT IS SO ORDERED

This 31st day of March, 2025.

/s/ LMB
Leonie M. Brinkema
United States District Judge